IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK AND JEANNE STILLMOCK,     \*
et al.
         Plaintiffs            \*

         vs.                    \*     CIVIL ACTION NO. MJG-07-1342

WEIS MARKETS, INC., et al.        \*

         Defendants           \*

\*    \*    \*    \*    \*    \*    \*    \*    \*

LEONID OPACIC, et al.             \*

         Plaintiffs           \*

         vs.                    \*     CIVIL ACTION NO. MJG-08-3430

WEIS MARKETS, INC., et al.        \*

         Defendants           \*

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>ORDER CLOSING CASE MJG-08-3430</u>

For the reasons stated on the record of proceedings held in this matter on this date:

1. Case Number MJG-08-3430 is closed as moot.

2. Plaintiff, Leonid Opacic (MJG-08-3430), is added as a Plaintiff in Case No. MJG-07-1342.

3. All filings heretofore made in MJG-08-3430 are deemed part of the record of MJG-07-1342.

4. This action is without prejudice to all rights of any party in any case.

SO ORDERED, on <u>Monday, February 9, 2009</u>.

                                        / s /
                                Marvin J. Garbis
                          United States District Judge